

Catherine King, Esq. – SBN 145940
KING LAW OFFICE
2051 Hilltop Drive, Ste. A28
Redding, California  96002
(530) 221-2640

**Signed: March 7, 2012**

Attorney for Debtors, Robert Somerton,
 and Ana Garzon

_____
ALAN JAROSLOVSKY U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE

ROBERT PAUL SOMERTON and

ANA JUDITH GARZON,

                Debtors

_____)

) Case No.:  11-14655
) Chapter 13
)
) DCN:  CK-01
)
)  ORDER  AVOIDING LIEN
) OF TRI COUNTIES BANK
)
) Date:  [No Hearing Date]
) Time:
) Judge:  Hon. Alan Jaroslovsky

    Upon the motion of Robert Paul Somerton and Ana Judith Garzon, for an order avoiding the lien of Tri Counties Bank on the debtors' residence located at 11784 Gifford Springs Road, Cobb, California, and the Court having considered the motion, the record herein and being advised, it is ORDERED and ADJUDGED as follows:

1. Tri Counties Bank has been afforded reasonable notice and opportunity for hearing on the motion.

2. For the purpose of the debtors' Chapter 13 Plan only, the lien of Tri Counties Bank is valued at zero. Tri Counties Bank does not have a secured claim, and the lien maynot be enforced pursuant to 11 USC §506 and §1322.

3. Upon entry of a discharge in the Debtors' Chapter 13 case the lien of Tri Counties Bank shall be voided for all purpose and upon application by the Debtors, the Court will enter an appropriate form of Judgment Voiding the Lien.

4. If this case is dismissed or converted to another Chapter before the debtors obtain a discharge, this Order shall cease to be effective and the lien shall be retained to the extent recognized by applicable non-bankruptcy, and upon application by the Lienholder, the Court will enter an appropriate from of Order restoring the lien.

5. Except as provided by separate Order of this Court, the lien maynot be enforced so long as this Order remains in effect.

***END OF ORDER***